NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: INDUSTRIAL PRINT TECHNOLOGIES, LLC PATENT LITIGATION

-------------------------------------------------

### INDUSTRIAL PRINT TECHNOLOGIES, LLC,
*Plaintiff-Appellant*

**v.**

### CENVEO, INC., HEWLETT-PACKARD COMPANY, O'NEIL DATA SYSTEMS, INC., QUAD/GRAPHICS, INC.,
*Defendants-Appellees*

---

2019-2275

---

Appeal from the United States District Court for the Northern District of Texas in Nos. 3:15-cv-00165-M, 3:15-cv-01100-M, 3:15-cv-01101-M, 3:15-cv-01103-M, 3:15-cv-01104-M, 3:15-md-02614-M, Chief Judge Barbara M.G. Lynn.

---

**JUDGMENT**

---

TIMOTHY P. MALONEY, Fitch, Even, Tabin & Flannery LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by DAVID ALLEN GOSSE, NICOLE L. LITTLE.

EDWARD R. REINES, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for defendants-appellees. Also represented by AMANDA BRANCH, ROBERT S. MAGEE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court